OPINION — AG — ****INVESTIGATOR — TWO COUNTIES — SALARY **** DISTRICT ATTORNEY MAY APPOINT ONE INDIVIDUAL TO SERVE AS "INVESTIGATOR" IN MORE THAN ONE COUNTY OF HIS DISTRICT, PROVIDED COUNTY COMMISSIONERS AND EXCISE BOARDS OF COUNTIES CONCERNED APPROVE. CITE: 19 O.S. 1969 Supp., 215.15 [19-215.15], OPINION NO. 67-271, OPINION NO. 65-372 HUGH H. COLLUM ** SEE: OPINION NO. 75-224 (1975) **